**FILED**
HARRISBURG, PA

JUN 2 4 2026

PER_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CR. NO. 1:26-CR-00147 |
| | : | |
| v. | : | |
| | : | |
| **JAMES SHIRLEY,** | : | (Judge Mariani ) |
| **Defendant.** | : | |

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT 1
### 18 U.S.C. § 2422(b)
### (Attempted Coercion and Enticement of a Minor)

1.      From on or about June 17, 2025, through on or about July 16, 2025, in the Middle District of Pennsylvania and elsewhere, the defendant,

**JAMES SHIRLEY,**

using a facility and means of interstate and foreign commerce, unlawfully and knowingly did attempt to persuade, induce, entice, and coerce a person, Minor Victim 1, he believed had not attained the age of 18 years to engage in any sexual activity for which he could be charged with a crime, that is the production of child pornography, a violation of 18 U.S.C. Section 2251(a).

In violation of Title 18, United States Code, Sections 2422(b) and 2427.

THE GRAND JURY FURTHER CHARGES:

### COUNT 2
18 U.S.C. § 2251(a)
(Production of a Visual Depiction Containing
the Sexual Exploitation of a Child)

On or about February 28, 2026, in the Middle District of Pennsylvania, and elsewhere, the defendant,

**JAMES SHIRLEY,**

did employ, use, persuade, induce, entice, and coerce a minor, Minor Victim 2, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and for the purpose of transmitting a live visual depiction of such conduct, and the defendant knew and had reason to know that such visual depiction would be transmitted and transported in interstate commerce, and the visual depiction was produced and transmitted using materials that were mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by a computer.

In violation of Title 18, United States Code, Sections 2251(a) and (e).

THE GRAND JURY FURTHER CHARGES:

## COUNT 3
18 U.S.C. § 2252A(a)(5)(B)
(Possession of Child Pornography)

On or about June 11, 2026, in the Middle District of Pennsylvania, the defendant,

**JAMES SHIRLEY,**

knowingly possessed material, namely, a personal computer, that contained an image of child pornography as defined in Title 18, United States Code, Section 2256(8)(A), involving a prepubescent minor and a minor who had not attained 12 years of age, and such image having been produced using materials that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and (b)(2).

A TRUE BILL

BRIAN D. MILLER
United States Attorney

FOREPERSON

STEPHEN W. DUKES
Assistant United States Attorney

6/24/2026
Date

4